UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA,       :
                                :
        - v -                   :     NOTICE OF INTENT TO
                                :     FILE AN INFORMATION
GEOFFREY BERGER,                :
                                :
            Defendant.          :
                                :     **08 CRIM 372**
- - - - - - - - - - - - - - - - x

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         March 26, 2008

*Judge Marrero*

                            MICHAEL J. GARCIA
                            United States Attorney

          By: _____
               Elie Honig
               Assistant United States Attorney

          AGREED AND CONSENTED TO:

          By: _____
               James Kousouros, Esq.
               Attorney for Geoffrey Berger

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/08__
```