UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA        :
                                :
        - v. -                  :        WAIVER OF INDICTMENT
                                :
GEOFFREY BERGER,                :
                                :
        Defendant.              :
                                :
                                :
- - - - - - - - - - - - - - - x

**08 CRIM 372**

        The above-named defendant, who is accused of violating

Title 18, United States Code, Sections 1951, 666, and 371; being

advised of the nature of the charges and of his rights, hereby

waives, in open Court, prosecution by indictment and consents that

the proceeding may be by information instead of by indictment.



_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:    New York, New York
         April 25, 2008

0202