


U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

ORIGINAL

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 22, 2008

**By Hand Delivery and Facsimile**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 414
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-22-08
```

Re:  United States v. Geoffrey Berger
     08 Cr. 372 (VM)

Dear Judge Marrero:

    The Government respectfully submits this letter in connection with the above-referenced case, which is scheduled for a plea hearing this Friday, April 25, 2008 at 1:30 p.m. First, in our prior letter, the Government mis-identified the defendant as Doron Winkler; in fact, the defendant is Geoffrey Berger. Second, the Government encloses with this letter copies of the Information to be filed and the plea agreement between the parties. As stated in the prior letter, this case was assigned to Your Honor based on filing of a Notice of Intent to Proceed by Information, so there will be no case number assigned until after entry of the Information and plea on Friday.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Elie Honig
Assistant U.S. Attorney
(212) 637-2474

Request GRANTED. A status conference herein is scheduled for 4-25-08 at 1:30 p.m. to address the matter described above by the Government.

SO ORDERED.

4-25-08
DATE        VICTOR MARRERO, U.S.D.J.

cc w/enc. (by fax): James Kousouros, Esq.
                Fax: (718) 793-0165